**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                     **CASE NO: 5:13-cr-5-ACC-PRL**

**NORMAN WYNN LEVERETTE, JR.**

**ORDER AND NOTICE**
**OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 133),

entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant

to Local Rule 6.01(c)(16) on October 21, 2022.

After an independent *de novo* review of the record in this matter, and noting that no

objections were filed, the Court agrees entirely with the findings of fact and conclusions of law

in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation entered October 21, 2022 (Doc. No. 133), is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant shall personally appear before this court on **December 6, 2022, at 9:00**

**a.m.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard,

Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised

release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Marshals Service
United States Probation Office
Norman Wynn Leverette, Jr.